IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
LUCILLE YOUNGBLOOD,           )
                              )
    Plaintiff,                )
                              )       CIVIL ACTION NO.
    v.                        )         1:13cv33-MHT
                              )            (WO)
GEORGE C. WALLACE STATE       )
COMMUNITY COLLEGE, et al.,    )
                              )
    Defendants.               )
```

JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 86), it is the ORDER, JUDGMENT, and DECREE of the court that the following claims or counts and the following parties are dismissed with prejudice:

(1) Count Three (Title VII retaliation against defendant George C. Wallace Community College).

(2) Count Four (First Amendment retaliation against all named defendants).

(3) All claims against the following defendants (whether in their individual or official capacities), with

these defendants dismissed and terminated as parties in this litigation in all capacities: Frieda Hill, Robert Bentley, Randy McKinney, Betty Peters, Stephanie W. Bell, Yvette Richardson, Ella B. Bell, Charles Elliott, Gary Warren, Jeffery Newman, Tracy Roberts, Mary Scott Hunter, the Alabama State Board of Education, and the Alabama Department of Postsecondary Education.

It is further ORDERED that the parties are to bear their own costs.

It is further ORDERED that only the following defendants remain in this case: George C. Wallace Community College, Linda C. Young, and Mark A. Heinrich.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 21st day of May, 2014.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE