IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| LUCILLE YOUNGBLOOD, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 1:13cv33-MHT |
| | ) | (WO) |
| GEORGE C. WALLACE STATE | ) | |
| COMMUNITY COLLEGE, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## JUDGMENT

In accordance with the joint stipulation of dismissal (doc. no. 151), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Linda C. Young, in both her individual and official capacities, and the claims against her are dismissed with prejudice, and she is terminated as a party.  The parties are to bear their own costs.

It is further ORDERED that all outstanding motions are denied.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 2nd day of October, 2014.

                                    /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE