IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| LUCILLE YOUNGBLOOD, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 1:13cv33-MHT |
| | ) | (WO) |
| GEORGE C. WALLACE STATE | ) | |
| COMMUNITY COLLEGE, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## JUDGMENT

In accordance with the offer of judgment (doc. no. 154) and acceptance of offer (doc. no. 154), it is the ORDER, JUDGMENT, and DECREE of the court that judgment is entered in favor of plaintiff Lucile Youngblood and against defendant George C. Wallace State Community College in the amount of $ 75,000, inclusive of fees and costs currently accrued, and that plaintiff Youngblood shall have and recover $75,000, inclusive of fees and costs currently accrued, from defendant George C. Wallace State Community College.

It is further ORDERED that no costs or attorney's fees are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 9th day of October, 2014.

                                                /s/ Myron H. Thompson  
                                          UNITED STATES DISTRICT JUDGE